IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 12-37545 |
| | ) | |
| AMERISCIENCES, L.P. | ) | JUDGE LETITIA PAUL |
| | ) | |
| Debtor. | ) | CHAPTER 11 |

**WITHDRAWAL OF PROOF OF CLAIM NUMBER 82**

Claimant, Bracar-Santam, LLC ("Claimant"), hereby withdraws its Proof of Claim No. 82 which was filed on April 16, 2013, in the amount of $87,123.50.

Respectfully submitted,

  /s/ Thomas W. Graves
Thomas W. Graves
SBN 08312500
3120 Southwest Freeway, Suite 320
Houston, Texas 77098
(713) 522-2270; (832) 522-3322 fax

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the Withdrawal of Proof of Claim Number 82 has been served on the parties listed below by U.S. mail, first class, postage prepaid, or ECF Notification on the 21st day of February, 2014:

| | |
|---|---|
| AmeriSceinces LP | Thomas H. Grace |
| c/o Stephen Hunt | *Counsel to the Chapter 11 Trustee* |
| 550 Westcott #350 | 700 Louisiana Street, Suite 4100 |
| Houston TX 77007-5099 | Houston, Texas 77002 |

  /s/ Thomas W. Graves
Thomas W. Graves